UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DON AND SANDRA RAUCH | * | |
|    Plaintiffs | * | CIVIL ACTION NO.: 2:23-cv-05848 |
| | * | |
| VERSUS | * | JUDGE: HON. JANE TRICHE MILAZZO |
| | * | |
| GREAT NORTHERN INSURANCE | * | MAGISTRATE: |
| COMPANY | * | HON. KAREN WELLS ROBY |
|    Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Joint Motion to Dismiss with Prejudice;

**IT IS HEREBY ODERED, ADJUDGED, AND DECREED** that all claims asserted by the Plaintiffs, Don and Sandra Rauch, in this matter against Defendant, Great Northern Insurance Company, be and are hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

New Orleans, Louisiana, this 21st day of June, 2024.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE